NORRY ELECTRIC CORP., Doing Business as ELECTRIC EQUIPMENT CO., Respondent, v. HEAT & POWER CO., INC., Appellant.— Order affirmed, with $10 costs and disbursements. (See *Mail & Express Co.* v. *Parker Axles*, 204 App. Div. 327.) All concur. (Appeal from an order granting plaintiff's motion to strike out the defense contained in paragraph "4" of defendant's answer under rule 109 of the Rules of Civil Practice.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

## FIRST DEPARTMENT, DECEMBER, 1953.

## (December 1, 1953.)

■

DOROTHY COOPER, an Infant, by MURRAY COOPER, Her Guardian ad Litem, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See 283 App. Div. 656.]

■

In the Matter of the Accounting of MELVILLE E. REGENSBURG et al., as Executors and Trustees under the Will of CARRIE AHRENS, Deceased. CATHERINE E. PILTZ, as Executrix of JEROME M. AHRENS, SR., Deceased, Appellant; ESTELLE K. REGENSBURG et al., as Executors of MORTIMER REGENSBURG, Deceased, Individually and as Executor and Trustee under the Will of CARRIE AHRENS, Deceased, et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See 283 App. Div. 655.]

■

FRANCIS GALLAGHER et al., Respondents, v. CALVIN M. STANEK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MAC-LAREN, Appellant.— Order unanimously affirmed. On the hearing on revocation of probation, we find that the probationer was accorded all the privileges allowed him by section 935 of the Code of Criminal Procedure, including the protection of counsel. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

■

OLGA T. ROCCO, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARNITA BUCKNER, Appellant, et al., Defendants.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.